IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACEVEDO, ALEJANDRO, et al. ) | |
| ) | |
| Plaintiff, ) | Case No. 06-C-3252 |
| ) | |
| v. ) | Judge George W. Lindberg |
| ) | |
| HEINEMANN'S BAKERIES, INC. ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| Defendant. ) | |
| ) | |

## AGREED JUDGMENT ORDER

This matter coming to be heard, the Court being fully advised and having jurisdiction over the subject matter and the parties, due notice having been given, and all parties represented by legal counsel, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

By agreement of the parties and pursuant to Federal Rule of Civil Procedure 54, a final Judgment as to all parties and all claims is entered against Defendant Heinemann's, Inc. and in favor of the sixteen Plaintiffs identified below on Count I (Worker Adjustment Retraining and Notification Act) of the Fourth Amended Complaint in the amount of $162,084.26 ("Judgment Amount"), which includes interest and all other relief awarded by the Court. The Judgment Amount is apportioned per Plaintiff in the following amounts:

| Plaintiff | Portion of Judgment Amount |
|---|---|
| Gonzalo Barrera | $8,928.78 |
| Ignacio Cervantes | $8,538.45 |
| Donato Dominguez | $8,555.09 |
| Juan Frausto | $8,643.05 |

CH3 1136651.2

| | |
|---|---|
| Gregorio Gonzalez | $10,943.99 |
| Hugo Y. Mendoza | $11,844.06 |
| Martin Quiroz | $11,190.15 |
| Juan A. Rivera | $10,828.67 |
| Genaro Rodriguez | $15,551.11 |
| Maurico Rodriguez | $11,877.56 |
| Alfredo Sanchez | $10,923.08 |
| Alfredo V. Sanchez | $8,652.17 |
| Cayetano Tapia | $10,012.61 |
| Juan Tlaseca | $8,411.02 |
| Filemon Torres, Jr. | $8,352.82 |
| Miguel Vergara | $8,831.65 |
| **TOTAL** | $162,084.26 |

Pursuant to 29 U.S.C. §2104(a)(6) and in accordance with FRCP 54(d)(2) and LR 54.3, Plaintiffs' counsel may submit to the court its petition for attorneys' fees.

CH3 1136651.2

| PLAINTIFFS | HEINEMANN'S, INC. |
|---|---|
| By _____ | By _____ |
| One of Plaintiffs' Attorneys | One of Defendant's Attorneys |
| Amy Elizabeth Paluch Epton | Richard P. McArdle |
| Travis J. Ketterman | Cintra D. Bentley |
| Whitfield & McGann | Tracy M. Billows |
| 111 E. Wacker Drive, Suite 1600 | Seyfarth Shaw LLP |
| Chicago, IL 60601 | 131 South Dearborn Street |
| | Suite 2400 |
| | Chicago, Illinois 60603 |

Date __AUG 2 0 2008__

_____
UNITED STATES DISTRICT COURT JUDGE
GEORGE W. LINDBERG

3

CH3 1136651.2